FILED
January 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002379514

(SPACE BELOW FOR FILING STAMP ONLY)

**3**

WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Norman D. Morrison IV #212090
8305 North Fresno Street, Suite 410
Fresno, California 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 09-13995 |
|---|---|
| KENNETH R. HALE, | Chapter 11 |
| Debtor in Possession. | DC No.: WW-18 |
| Tax ID#: xxx-xx-5346<br>Address: 23820 West Adams<br>San Joaquin, CA 93660 | Date: February 25, 2010<br>Time: 9:00 o'clock<br>Place: 2500 Tulare Street<br>Fresno, California<br>Courtroom 12<br>Judge: Honorable W. Richard Lee |

## MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Kenneth R. Hale, Debtor in Possession (hereinafter "Debtor"), by and through its counsel, hereby moves this Court for an Order authorizing the Debtor in Possession to sell certain personal property of the estate ("Assets") pursuant to 11 U.S.C. § 363 and B.R. 9014, as follows:

1. The subject Chapter 11 case was filed on May 1, 2009, and the Debtor remains as Debtor in Possession.

2. This Motion is based upon the information contained in the Brief in

support and the Declaration of Kenneth R. Hale filed concurrently herewith.

3. The decision has been made to liquidate the Debtor's 2005 Jeep, UT, Vehicle Identification Number 1J4FA39S25P376432 ("Assets" or "Vehicles"). The Debtor intends to sell the high mileage Vehicle to a private party for the sum of $12,000 and purchase another used vehicle with low mileage. A copy of the Certificate of Title is attached to the Declaration of Kenneth Hale as Exhibit "A."

4. The decision has been made to liquidate the Debtor's 2005 Ford, PK, Vehicle Identification Number 1FTSW21P25ED22101 ("Assets" or "Vehicles"). The Debtor intends to sell the high mileage Vehicle to a private party for the sum of $15,000 and purchase another used vehicle with low mileage. A copy of the Certificate of Title is attached to the Declaration of Kenneth Hale as Exhibit "B."

5. The Assets to be sold by this Motion consist of the Assets described in the Declaration of Kenneth R. Hale.

6. Subject to Court approval, the proceeds of sale will be used to pay for the purchase of two used low mileage vehicles.

7. The Assets to be sold are clear of security interests or claims.

8. The purchase agreements will be appended to the proposed Order granting this Motion.

9. The proceeds of sale will be held pending further Court Order.

WHEREFORE, Debtor prays for an Order as follows:

A. For authorization to sell the Assets to the Buyers and use the proceeds as requested herein;

B. For a finding that the Debtor has complied with all applicable notice procedures regarding the Motion for Authority to Sell Personal Property;

C. For authorization to the Debtor to execute any and all documents reasonably necessary to effectuate the sales requested by the Motion;

D. For waiver of the ten-day stay of BR 6004(g); and

///

E. For such other and further relief as is just and proper.

Dated: January 28, 2010

WALTER & WILHELM LAW GROUP,
a Professional Corporation

By: */s/ Riley C. Walter*
Riley C. Walter,
Attorneys for Debtor in Possession